1   JAMES V. FITZGERALD, III (State Bar No. 55632)
    NOAH G. BLECHMAN (State Bar No. 197167)
2   MICHELLE A. HOWLAND (State Bar No. 271410)
    McNamara, Ney, Beatty, Slattery,
3   Borges & Ambacher LLP
    1211 Newell Avenue
4   Walnut Creek, CA 94596
    Telephone: (925) 939-5330
5   Facsimile:  (925) 939-0203

6   Attorneys for Defendants
    OFFICER SANSEN; CORPORAL LYLE ROBLES;
7   CORPORAL ERIC OLSON; GUY SWANGER AND CITY OF
    CONCORD
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12  KEVIN JUSZCZYK,                          Case No. CV13-02310 KAW

13              Plaintiff,                   **STIPULATION AND [PROPOSED]
                                             ORDER CONTINUING CASE
14        vs.                                MANAGEMENT CONFERENCE**

15  OFFICER SANSEN, BADGE NO. 377;           Judge: Hon. Kandis A. Westmore
    CORPORAL LYLE ROBLES;
16  CORPORAL ERIC OLSON; JOHN DOE
    and RICHARD ROE, individually and in
17  their capacities as police officers of the
    Concord Police Department, the identities
18  and exact numbers of who, are unknown to
    plaintiff at this time; GUY SWANGER,
19  individually and in his capacity as Chief of
    the Concord Police Department; CITY OF
20  CONCORD; DOES 1-50 ,

21              Defendant.

22

23          IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,

24  through their respective counsel of record, as follows:

25          WHEREAS this civil rights action is currently pending in the above entitled Court and the

26  Further Case Management Conference is scheduled for May 20, 2014.

27          WHEREAS this case settled in January and the parties have finalized the closing

28  documents in preparation for the filing of a Stipulation and Order for Dismissal.  However, there

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE – CV13-
02310 KAW

1    was some administrative delay on obtaining the settlement checks.

2           WHEREAS the parties are respectfully requesting that the Court continue the Further

3    Case Management Conference set for May 20, 2014, to for at least thirty (30) days to allow the

4    parties time to finalize closing documents and to file the Stipulation and Order for Dismissal with

5    the Court.

6           WHEREAS good cause exists to continue the Further Case Management Conference per

7    the parties' agreement.

8           **IT IS SO STIPULATED**

9    Dated: May 15, 2014              MCNAMARA, NEY, BEATTY, SLATTERY,
                                       BORGES & AMBACHER LLP
10

11

12                                    By:    /s/ Blechman, Noah G.
                                          James V. Fitzgerald, III / Noah G. Blechman
                                          Michelle A. Howland, Attorneys for Defendants
13

14   Dated: May 15, 2014              THE LAW OFFICES OF ANTHONY BOSKOVICH

15

16                                    By:    /s/ Boskovich, Anthony
                                          Anthony Boskovich
17                                        Attorneys for Plaintiff

18
                                       **ORDER**
19

20          PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED AS

21   FOLLOWS:

22          The Further Case Management Conference set for May 20, 2014 is hereby continued to

23   July 22          2014, at 1:30 p.m..

24   **IT IS SO ORDERED**

25

26   Dated:   May 16          , 2014

27                                    By:

                                          Hon. Kandis A. Westmore
28                                        Magistrate Judge of the District Court

STIPULATION AND ORDER CONTINUING          2
CASE MANAGEMENT CONFERENCE – CV13-
02310 KAW

*(left margin, vertical text)* McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP
ATTORNEYS AT LAW
1211 NEWELL AVENUE, WALNUT CREEK, CA 94596
TELEPHONE: (925) 939-5330