Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, Suite 600
San Jose, California 95113

408-286-5150

Attorney for plaintiff

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| KEVIN JUSZCZYK,<br>*Plaintiff*,<br>v.<br>OFFICER SANSEN, BADGE NO. 377; CORPORAL LYLE ROBLES; CORPORAL ERIC OLSON; JOHN DOE and RICHARD ROE, individually and in their capacities as police officers of the Concord Police Department, the identities and exact numbers of whom are unknown to plaintiff at this time; GUY SWANGER, individually and in his capacity as Chief of the Concord Police Department; CITY OF CONCORD; DOES 1-50,<br>*Defendants*. | No. CV 13-02310 KAW<br><br>STIPULATION AND [PROPOSED] ORDER TO DISMISS THE ACTION PURSUANT TO F.R.C.P. 41 |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). Each side shall bear its own attorney's fees and costs.

Dated: 22 May 2014                   /s/ Anthony Boskovich
                                    Attorney for Plaintiff
                                    KEVIN JUSZCZYK

STIPULATION AND [PROPOSED] ORDER TO DISMISS THE
ACTION PURSUANT TO F.R.C.P. 41 - Case No. CV 13-02310 KAW                Page 1

| | |
|---|---|
| | McNAMARA, NEY, BEATTY, SLATTERY, BORGES & AMBACHER LLP |
| Dated: 22 May 2014 | By:   /s/ James V. Fitzgerald, III<br>JAMES V. FITZGERALD, III<br>Attorneys for Defendants |

**ORDER**

It is so ordered.

Dated: 6/2/14

_Kandis Westmore_
United States Magistrate Judge